# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CATHY SINGLETON,

    Plaintiff,

vs.                                            Case No. 1:20-cv-01251-WJ-JHR

WALMART INC. d/b/a SAM'S CLUB,

    Defendant.

## JOINT MOTION TO EXTEND PRETRIAL DEADLINES

The parties jointly move the Court to extend pretrial deadlines as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Termination Date for Discovery | August 20, 2021 | November 19, 2021 |
| Discovery Motions Due | August 27, 2021 | November 26, 2021 |
| Pretrial Motions Due | October 1, 2021 | December 20, 2021 |
| Pretrial Order to Defendant | October 15, 2021 | January 10, 2022 |
| Pretrial Order to the Court | November 1, 2021 | January 24, 2022 |

The grounds for this Motion are that the parties encountered deposition scheduling conflicts that are now resolved. No other pretrial deadlines will be affected if the Court grants this Motion.

                                            Respectfully submitted,

                                            LITTLER MENDELSON, P.C.

                                            *s/ Charlotte Lamont*
                                            Charlotte Lamont
                                            201 Third Street NW, Suite 500

Albuquerque, NM 87102
505.944.9680 (Telephone)
505.944.9681 (Facsimile)
clamont@littler.com

Nathaniel Higgins
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.652.4738 (Telephone)
713.951.9212 (Facsimile)
nhiggins@littler.com

**ATTORNEYS FOR DEFENDANT**


BOWLES LAW FIRM

Jason Bowles
4811 Hardware Drive, N.E.,
Building D, Suite 5
Albuquerque. NM 87109
jason@bowles-lawfirm.com

GORENCE & OLIVEROS

Robert Gorence
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
gorence@golaw.us

Todd J. Bullion
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
toddjbullion@gmail.com

**ATTORNEYS FOR PLAINTIFF**

4851-8221-6948.1 / 080000-4136