**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CATHY SINGLETON,

     Plaintiff,

vs.                                                                    Case No. 1:20-cv-01251-WJ-JHR

WALMART INC. d/b/a SAM'S CLUB,

     Defendant.

**ORDER GRANTING JOINT MOTION TO**
**EXTEND PRETRIAL DEADLINES**

This matter came before the Court on the parties' Joint Motion to Extend Pretrial

Motions ("Motion") [Doc. 23, filed 08.09. 21].  The Court, having reviewed the Motion,

FINDS it well-taken.

IT IS THEREFORE ORDERED that the following pretrial deadlines are hereby

extended:

|  | Current Deadline | New Deadline |
|---|---|---|
| Termination Date for Discovery | August 20, 2021 | November 19, 2021 |
| Discovery Motions Due | August 27, 2021 | November 26, 2021 |
| Pretrial Motions Due | October 1, 2021 | December 20, 2021 |
| Pretrial Order to Defendant (if no pending motions) | October 15, 2021 | January 10, 2022 |
| Pretrial Order to the Court (if no pending motions) | November 1, 2021 | January 24, 2022 |

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LITTLER MENDELSON, P.C.

*s/ Charlotte Lamont*
Charlotte Lamont
clamont@littler.com
Nathaniel Higgins
nhiggins@littler.com

ATTORNEYS FOR DEFENDANT


Agreed to:

BOWLES LAW FIRM

*Approval given 08.06.21*
Jason Bowles
jason@bowles-lawfirm.com

GORENCE & OLIVEROS

Robert Gorence
gorence@golaw.us

Todd J. Bullion
toddjbullion@gmail.com

ATTORNEYS FOR PLAINTIFF

4845-0064-2548.1 / 080000-4136