UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CATHY SINGLETON,

    Plaintiff,

vs.           Case No. 20-cv-01251 WJ-JHR

WALMART INC. d/b/a SAM'S CLUB

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE CASE PRETRIAL DEADLINES**

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Extension of the Case Pretrial Deadlines and the Court having reviewed the pleading, and noting that it is unopposed, finds motion well-taken and should be GRANTED;

IT IS THEREFORE ORDERED that the following pretrial deadlines are extended:

|  | Current Deadline | New Deadline |
|---|---|---|
| Termination Date for Discovery | November 19, 2021 | February 7, 2022 |
| Discovery Motions Due | November 26, 2021 | February 24, 2022 |
| Pretrial Motions Due | December 20, 2021 | March 21, 2022 |
| Pretrial Order to Defendant (if no pending motions) | January 10, 2022 | April 11, 2022 |
| Pretrial Order to the Court | January 24, 2022 | April 25, 2022 |

_____
HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE