IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CATHY SINGLETON,

    Plaintiff,

v.                                                                 CV 20-1251 DHU/JHR

WALMART INC.
d/b/a SAM'S CLUB,

    Defendant.

## ORDER GRANTING DEFENDANT'S
## MOTION TO TAKE PLAINTIFF'S DEPOSITION

THIS MATTER comes before the Court on Defendant Walmart Inc.'s Opposed Motion to Take Plaintiff's Deposition [Doc. 38], filed on May 4, 2022. Plaintiff Cathy Singleton responded on May 18, 2022, and Walmart replied on June 3, 2022. [Docs. 40, 41]. After a thorough review of the parties' submissions and the applicable law, and a hearing held September 13, 2022 [Doc. 45], I find good cause and GRANT the Motion for the reasons stated on the record.

I FURTHER ORDER that Singleton's deposition be limited to six (6) hours total with Walmart's portion limited to three (3) hours. The deposition must be conducted before November 1, 2022. I also GRANT Singleton leave to notice up to two additional depositions limited to four (4) hours each in response to Plaintiff's deposition.

IT IS SO ORDERED.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

1